■ CHATSWORTH 72ND STREET CORP., Respondent, v. AMIRAM RIGAI, Appellant. CHATSWORTH 72ND STREET CORP., Respondent, v. LUKE LUCHETTI, Appellant.— Motion for an expedited decision or for other relief dismissed as moot in view of this court's decision in *Chatsworth 72nd St. Corp.* v. *Rigai* (43 A D 2d 685), decided simultaneously herewith.    Concur — McGivern, J. P., Nunez, Kupferman, Lane and Capozzoli, JJ.